UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
In re: BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
: 20-CV-1029 (JMF)
Debtor. :
: ORDER
------------------------------------------------------------------ :
:
IRVING H. PICARD, *Trustee for the Liquidation of* :
*Bernard L. Madoff Investment Securities LLC, and* :
*Bernard L. Madoff*, :
:
Plaintiff, :
:
-v- :
:
RAR ENTREPRENEURIAL FUND, LTD., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed during the telephone conference held this afternoon, the parties shall file a joint letter **no later than one week after the date of any mediation or April 30, 2021, whichever is earlier**, updating the Court as to the parties' efforts to resolve this dispute amicably, and — if such efforts are unsuccessful — either proposing a schedule for the submission of the pretrial materials described in the Court's Individual Rules and Practices in Civil Cases or requesting a conference to discuss the same.

     SO ORDERED.

Dated: March 18, 2021
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge