UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
In re: BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,     :
    :    20-CV-1029 (JMF)
    Debtor.     :
    :    ORDER
---------------------------------------------------------------- :
    :
IRVING H. PICARD, *Trustee for the Liquidation of*     :
*Bernard L. Madoff Investment Securities LLC, and*     :
*Bernard L. Madoff,*     :
    :
    Plaintiff,     :
    :
    -v-     :
    :
RAR ENTREPRENEURIAL FUND, LTD.,     :
    :
    Defendant.     :
    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed during the telephone conference held this afternoon:

- The Court will submit a request to conduct trial in this matter to begin on **July 19, 2021**. Unless and until the Court says otherwise, the parties shall be prepared to begin trial on that date.

- The parties shall submit the pretrial materials described in Rule 5 of the Court's Individual Rules and Practices in Civil Cases no later than **June 14, 2021**.

- Any letter-motion filed by Plaintiff seeking a stay pending the Second Circuit's decision in *JABA Associates LP v. Picard* (*In re Bernard L. Madoff Investment Securities LLC*), No. 21-872, shall not exceed three pages. Defendant shall file any opposition to such motion, not to exceed three pages, **within three business days of Plaintiff's motion**.

SO ORDERED.

Dated: May 6, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge