UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re: BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
: 20-CV-1029 (JMF)
Debtor. :
: ORDER
--------------------------------------------------------------- :
:
IRVING H. PICARD, *Trustee for the Liquidation of* :
*Bernard L. Madoff Investment Securities LLC, and* :
*Bernard L. Madoff*, :
:
Plaintiff, :
:
-v- :
:
RAR ENTREPRENEURIAL FUND, LTD., :
:
Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As the Court advised the parties during the conference conducted by telephone on May 6, 2021, due to the COVID-19 pandemic and associated health and safety precautions, the number of jury trials that can be conducted in this District is currently severely limited and, thus, available courtrooms are allotted subject to a priority system. The Court requested July 19, 2021, for trial in this case, but was assigned **July 20, 2021**. More significantly, there are two other cases scheduled to begin that day that have higher priority (namely, *United States v. Scales*, 19-CR-96 (JSR) and *United States v. Young*, 20-CR-201 (KMW)). If either of those trials proceed, this case will not be tried on July 20, 2021, and the Court will set a new date; by contrast, if both of those cases are resolved without trial (even if that is just days before), trial in this matter will proceed on that date. In other words, the parties shall be ready for trial on July 20, 2021; subject to the other two cases being resolved without trial, that date is a firm date. Accordingly, all other dates and deadlines remain in effect.

     SO ORDERED.

Dated: June 2, 2021
      New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge