UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
   :
In re: BERNARD L. MADOFF INVESTMENT   :
SECURITIES LLC,   :
   :     20-CV-1029 (JMF)
                            Debtor.   :
   :     ORDER
------------------------------------------------------------------ :
   :
IRVING H. PICARD, *Trustee for the Liquidation of*   :
*Bernard L. Madoff Investment Securities LLC, and*   :
*Bernard L. Madoff*,   :
   :
                         Plaintiff,   :
   :
      -v-   :
   :
RAR ENTREPRENEURIAL FUND, LTD.,   :
   :
                        Defendant.   :
   :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As the parties know, jury trials in this District are currently limited due to the COVID-19 pandemic and, thus, available courtrooms are allotted subject to a priority system.  As discussed with the parties, the Court requested October 25, 2021, for trial in this case, but was assigned to the week of **October 18, 2021**.  More significantly, there are a number of other cases ahead of this one in the trial queue for that week.  If enough of those trials proceed, this case will not be tried the week of October 18, 2021, and the Court will once again have to set a new date — almost certainly during the first quarter of 2022.  In the event that enough of the trials slated for the week of October 18th go away, however, trial in this case will begin that week.  **Accordingly, unless and until the Court says otherwise, the parties must be prepared to begin trial during the week of October 18, 2021.**  The Court will advise the parties in the event there is a material change in circumstances.

     SO ORDERED.

Dated: August 27, 2021
       New York, New York
                                                   JESSE M. FURMAN
                                             United States District Judge