```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
In re: BERNARD L. MADOFF INVESTMENT                                  :
SECURITIES LLC,                                                      :
                                                                     :    20-CV-1029 (JMF)
                                    Debtor.                          :
                                                                     :         ORDER
---------------------------------------------------------------------:
                                                                     :
IRVING H. PICARD, Trustee for the Liquidation of                     :
Bernard L. Madoff Investment Securities LLC, and                     :
Bernard L. Madoff,                                                   :
                                                                     :
                                    Plaintiff,                       :
                                                                     :
            -v-                                                      :
                                                                     :
RAR ENTREPRENEURIAL FUND, LTD.,                                      :
                                                                     :
                                    Defendant.                       :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As the parties know, jury trials in this District are currently limited due to the COVID-19 pandemic and, thus, available courtrooms are allotted subject to a priority system. The Court requested several dates in February and March and was assigned **March 3, 2022**, as a trial date. That said, once again, there are several cases ahead of this one in the trial queue for that date. If any of those trials proceed, this case will not be tried beginning on **March 3, 2022**, and the Court will once again have to set a new date. In the event that the trials slated for **March 3, 2022**, go away, however, trial in this case will begin that date. **Accordingly, unless and until the Court says otherwise, the parties must be prepared to begin trial on March 3, 2022.** The Court will advise the parties in the event there is a material change in circumstances.

      SO ORDERED.

Dated: December 2, 2021  
       New York, New York

                                                            JESSE M. FURMAN  
                                                            United States District Judge