UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
In re: BERNARD L. MADOFF INVESTMENT                                  :
SECURITIES LLC,                                                      :
                                                                     :    20-CV-1029 (JMF)
                                   Debtor.                           :
                                                                     :    ORDER
                                                                     :
--------------------------------------------------------------       :
                                                                     :
IRVING H. PICARD, *Trustee for the Liquidation of*                   :
*Bernard L. Madoff Investment Securities LLC, and*                   :
*Bernard L. Madoff*,                                                 :
                                                                     :
                                                                     :
                                   Plaintiff,                        :
                                                                     :
         -v-                                                         :
                                                                     :
RAR ENTREPRENEURIAL FUND, LTD.,                                      :
                                                                     :
                                   Defendant.                        :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As the parties know, trial in this case is scheduled to begin **March 3, 2022**.  The Court is cautiously optimistic that trial will proceed on that date and the parties should assume that it will.  The Court will advise the parties in the event there is a material change in circumstances.  Unless and until the Court orders otherwise, the final pretrial conference in this case will take place **in person** on **March 1, 2022, at 1:30 p.m.** in **Courtroom 1105** of the **Thurgood Marshall Courthouse, 40 Centre Street, New York, New York**.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

     All members of the public, including attorneys, must complete a questionnaire and have their temperature taken before being allowed entry into the Courthouse.  **Attached to this Order are instructions and a link to the questionnaire.**  In light of these protocols, counsel should arrive at the Courthouse early to ensure that the proceeding can begin on time.  **An N95, KN95 or KF94 mask (fully covering the mouth and nose) must be worn at all times while in the Courthouse.** (Please note that cloth masks, bandanas, neck gaiters, masks with exhalation valves, and ordinary surgical masks are not permitted.)  If someone does not have adequate face covering, it will be provided upon entry by the Court Security Officers.

     In the interest of public health, and in order to comply with social distancing protocols, **the parties are strongly encouraged to limit the number of people in the courtroom as much as possible.**  Indeed, seating at both counsel table and in the public area of the courtroom will be severely limited.  In view of those limitations and the restrictions on entry into the Courthouse, the parties should immediately alert the Court if they anticipate the need for an overflow courtroom.

Finally, **counsel are strongly encouraged to ensure that any documents requiring a signature are signed in advance of the proceeding and to submit any and all relevant documents to the Court in advance of the proceeding (via ECF or email, as appropriate)**.

SO ORDERED.

Dated: February 7, 2022
       New York, New York

                                        JESSE M. FURMAN
                                      United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 164.

The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500