```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In re: BERNARD L. MADOFF INVESTMENT                               :
SECURITIES LLC,                                                   :
                                                                  :       20-CV-1029 (JMF)
                                        Debtor.                   :
                                                                  :              ORDER
-------------------------------------------------------------     :
                                                                  :
IRVING H. PICARD, Trustee for the Liquidation of                  :
Bernard L. Madoff Investment Securities LLC, and                  :
Bernard L. Madoff,                                                :
                                                                  :
                                        Plaintiff,                :
                                                                  :
                        -v-                                       :
                                                                  :
RAR ENTREPRENEURIAL FUND, LTD.,                                   :
                                                                  :
                                        Defendant.                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Unless and until the Court orders otherwise, **March 3, 2022**, is a firm trial date in this case. The final pretrial conference remains **March 1, 2022**, at **1:30 p.m.** No later than **February 17, 2022**, the parties shall file a joint letter addressing the following in separately numbered paragraphs:

(1) A brief description of any outstanding motions or other open items;

(2) A brief description of any material developments since the last conference in this case on July 8, 2021;

(3) Any update on the appeal in *Picard v. JABA Assocs.*, No. 21-872 (2d Cir.), and the parties' views on whether trial in this matter should be adjourned pending a decision by the Court of Appeals given that oral argument is now scheduled for March 16, 2022;

(4) A statement of the anticipated length of trial (that is, whether there is any change in the parties' prior estimates of trial length); and

(5) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

SO ORDERED.

Dated: February 14, 2022
New York, New York

JESSE M. FURMAN
United States District Judge