UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                  :

In re: BERNARD L. MADOFF INVESTMENT      :
SECURITIES LLC,                               :

                          Debtor.       :           20-CV-1029 (JMF)
                                    :
                                    :              ORDER
------------------------------------------------------------- :
                                    :

IRVING H. PICARD, *Trustee for the Liquidation of*  :
*Bernard L. Madoff Investment Securities LLC, and*  :
*Bernard L. Madoff,*                            :
                                    :

                        Plaintiff,    :

              -v-                 :

RAR ENTREPRENEURIAL FUND, LTD.,       :

                        Defendant.   :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Attached to this Order are the following:

- Court Exhibit 1: two jury notes received on March 7, 2022;

- Court Exhibit 2: the jury's verdict.

As discussed on the record, the parties shall file supplemental briefs addressing the issue of

prejudgment interest, not to exceed 10 pages, by **March 17, 2022**.

       SO ORDERED.

Dated: March 7, 2022
       New York, New York          _____
                                  JESSE M. FURMAN
                                United States District Judge

**COURT EXHIBIT 1**

**JURY NOTE**

We the jury ~~have~~ has selected Juror #2
████████████████ as the foreperson

Date: 2/9/2022

Time: 11:04

████████████████
**Foreperson's signature**

--------------------------------------------------------------------------------

**JURY NOTE**

We the jury have reached a verdict

Date: 3/7/2022

Time: 12:46

████████████████
**Foreperson's signature**

**COURT EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, *Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,* | : | |
| | : | |
| | : | 20-CV-1029 (JMF) |
| Plaintiff, | : | |
| | : | <u>VERDICT FORM</u> |
| -v- | : | |
| | : | |
| RAR ENTREPRENEURIAL FUND, LTD., | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------------------X

### PLEASE CIRCLE YOUR ANSWER(S)

### *Your Answer(s) Must Be Unanimous*

1.  Do you find that the investment advisory business of Bernard L. Madoff's Sole Proprietorship was transferred to the LLC at some point prior to December 11, 2006 (two years prior to the date on which the LLC filed for bankruptcy)?

    YES          NO

    *[If you answer YES to Question 1, then you should skip Question 2 and proceed directly to sign the Verdict Form.]*

2.  Do you find that, when the money at issue was transferred to RAR from JPMorgan Chase Bank, N.A. bank accounts #xxxxx703 (the "703 Account") and #xxxxxxxxx509 (the "509 Account") between December 11, 2006, and December 11, 2008, those accounts were owned by the LLC (rather than by the Sole Proprietorship or Bernard L. Madoff in his individual capacity)?

    YES          NO

    *When you have reached a verdict, sign your names on the next page, fill in the date and time, and inform the Court Security Officer — with a note, <u>not the Verdict Form itself</u> — that you have reached a verdict.*

1

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson

Date and time: 3/7/2022 12:50

2