UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendants. | No. 1:20-cv-01029-JMF |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAR ENTREPRENEURIAL FUND, LTD.,<br><br>　　　　Defendant. | ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF BARI R. NADWORNY |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Bari R. Nadworny, of Baker & Hostetler LLP, Bari R. Nadworny is hereby withdrawn as counsel for Plaintiff Irving H. Picard.

**SO ORDERED.**

_____
U.S.D.J.

September 6, 2022