UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendants. | No. 1:20-cv-01029-JMF |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>RAR ENTREPRENEURIAL FUND, LTD.,<br><br>                Defendant. | |

## [PROPOSED] FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2021, the jury's verdict on March 7, 2022, and the Court's Order dated September 20, 2022, the Court enters judgment in favor of the Plaintiff, Irving H. Picard, Esq. ("the Trustee"), and against Defendant RAR Entrepreneurial Fund, Ltd., in the amount of $12,800,065. (Docket No. 20-cv-01029, ECF No. 43; Docket No. 20-cv-01029, ECF No. 132; Docket No. 20-cv-01029, ECF No. 149). The Trustee is entitled to prejudgment interest at a rate of 4%, from November 12, 2010 through the date of entry of judgment in the

amount of $6,067,230.81 for a total sum of $18,867,295.81.

**Dated:** New York, New York
 September 23, 2022

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

September 23, 2022

|  | _____ |
|---|---|
|  | Clerk of Court |
| BY: |  |
|  | _____ |
|  | Deputy Clerk |